ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey  08625
Attorney for Defendants
   Ancora Psychiatric Hospital
   State of New Jersey

By:   Jacqueline Augustine
      Deputy Attorney General
      (609) 292-9989
      jacqueline.augustine@dol.lps.state.nj.us

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| FRANCES VADAS, | : | |
| Plaintiff, | : | Civil Action No. |
| v. | : | **NOTICE OF REMOVAL** |
| ANCORA PSYCHIATRIC HOSPITAL, STATE OF NEW JERSEY, DR. PETER QUINTIERI, and JOHN DOE DECISION-MAKERS (PLURAL 1-10), | : | |
| Defendants. | : | |

TO:   Clerk of the United States District Court
      District of New Jersey
      Mitchell H. Cohen U.S. Courthouse
      1 John F. Gerry Plaza
      Camden, NJ  08101

      Richard Press, Esquire
      Press & Taglialatella
      23 East Black Horse Pike
      Pleasantville, NJ  08232

James Bell, IV, Esquire
Bell & Bell
One Penn Center, Ste. 1020
1617 JFK Blvd.
Philadelphia, PA  19103


Defendants Ancora Psychiatric Hospital and the State of New Jersey, a public entities of the State of New Jersey, by and through its counsel Anne Milgram, Attorney General of New Jersey, with Deputy Attorney General Jacqueline Augustine appearing, file this Notice of Removal and in support thereof, state:

1. Defendants Ancora Psychiatric Hospital and the State of New Jersey are defendants in an action now pending in the New Jersey Superior Court, Law Division, Camden County, bearing Docket No. CAM-L-3306-08 and captioned as <u>Frances Vadas v. Ancora Psychiatric Hospital, et al.</u>

2. The above-entitled action was commenced by filing a complaint in the Spring of 2008 in the Superior Court of New Jersey. (<u>See</u> Initial Compl. attached as Ex. A).

3. Plaintiff's initial complaint alleged violations only under state law. The complaint contained no alleged violations of federal law.

4. In September 2008, plaintiff moved to amend the complaint.

5. On September 26, 2008, New Jersey Superior Court Judge Michele M. Fox granted the plaintiff's motion to amend the complaint. (See Judge Fox's Order attached as Ex. B).

6. On October 3, 2008, plaintiff filed an amended complaint in the Superior Court of New Jersey. (See Am. Compl. attached as Ex. C).

7. In the amended complaint, plaintiff alleged for the first time that the defendants violated certain federal laws, namely 42 U.S.C. §§ 1983 and 1985. (See Am. Compl., Count Four at Ex. C).

8. This amended complaint was sent to counsel for the State defendants by cover letter dated October 10, 2008. (See Letter attached at Ex. D).

9. The State defendants received the amended complaint on October 14, 2008. (See Ex. D).

10. The United States District Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331.

11. This action is removable to the district court pursuant to 28 U.S.C. §§ 1441(b), (c) and 1443.

12. This Notice of Removal is being filed within 30 days of the complaint being served upon the defendants and copies of all pleadings and orders served upon defendants are attached hereto.

WHEREFORE, Defendants Ancora Psychiatric Hospital and the State of New Jersey request that the action now pending in the New Jersey Superior Court, Law Division, Camden County, bearing Docket No. CAM-L-3306-08 and captioned as <u>Frances Vadas v. Ancora Psychiatric Hospital, et al.</u>, be removed to this court.

ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY

By: _____
Jacqueline Augustine
Deputy Attorney General

DATED: 11/7/08

## CERTIFICATION OF SERVICE

Jacqueline Augustine certifies that a true and correct copy of the attached Notice of Removal was caused to be served upon the following by overnight mail on November 7, 2008:

Richard Press, Esquire
Press & Taglialatella
23 East Black Horse Pike
Pleasantville, NJ  08232

James Bell, IV, Esquire
Bell & Bell
One Penn Center, Ste. 1020
1617 JFK Blvd.
Philadelphia, PA  19103

By: _____
Jacqueline Augustine
Deputy Attorney General

DATED: 11/7/08